UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:13-MJ-1013

| | |
|---|---|
| UNITED STATES | : |
| v. | : |
| AARON MONTRICE MCDOWELL | : ORDER TO UNSEAL COMPLAINT AND ARREST WARRANT |

Upon motion of the United States of America, and for good cause shown, the sealed complaint and warrant in the above-captioned case, is hereby ORDERED to be unsealed by the Clerk of the United States Court for the Eastern District of North Carolina.

This 6 day of March, 2013.

_____
UNITED STATES MAGISTRATE JUDGE